```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 06816
    MARK THEOPHILUS OWENS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

             Debtor
    SSN XXX-XX-0720


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/16/2007 and was not confirmed.

    The case was dismissed without confirmation 09/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC          .00           .00           .00
AMERICAN HONDA FINANCE C  UNSECURED         NOT FILED          .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00           .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE          .00           .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY       NOT FILED          .00           .00
GMAC                      SECURED VEHIC          .00           .00           .00
GMAC                      UNSECURED         NOT FILED          .00           .00
BROOKS & TRINRUD PC       NOTICE ONLY       NOT FILED          .00           .00
TEMPUS RESORTS            SECURED NOT I          .00           .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED           1677.08          .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED            125.00          .00           .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED          .00           .00
CAPITAL ONE               UNSECURED          13791.06          .00           .00
SUTTON LAKE DENTAL CARE   UNSECURED         NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED           7569.33          .00           .00
BENFCL/HFC                UNSECURED         NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           4148.74          .00           .00
HSBC CARD SERVICES        UNSECURED           1735.46          .00           .00
NICOR GAS                 UNSECURED            458.09          .00           .00
PROVIDIAN NATIONAL BANK   UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED           1375.55          .00           .00
GE MONEY BANK             UNSECURED           4845.21          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           3167.18          .00           .00
WELLS FARGO AUTO FINANCE  UNSECURED         NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            246.27          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           2018.02          .00           .00
AMERICAN HONDA FINANCE C  MORTGAGE ARRE       4122.19          .00           .00
TEMPUS RESORTS            UNSECURED         NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED          10918.24          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           7444.05          .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           1149.00          .00           .00
M HEDAYAT & ASSOCIATES    DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                          863.28


                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 06816 MARK THEOPHILUS OWENS
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS | DISBURSEMENTS |
|----------------------|----------|---------------|
| TRUSTEE              | 863.28   |               |
| PRIORITY             |          | .00           |
| SECURED              |          | .00           |
| UNSECURED            |          | .00           |
| ADMINISTRATIVE       |          | .00           |
| TRUSTEE COMPENSATION |          | .00           |
| DEBTOR REFUND        |          | 863.28        |
| TOTALS               | 863.28   | 863.28        |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/03/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE